423 A.2d 1312

Commonwealth v. Smeltzer, Appellant.

Argued April 11, 1979. Lawrence G. Zurawsky, for appellant; James J. Conte, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.